| | |
|---|---|
| IN RE: LUZAIDA DIAZ BERMUDEZ | Bkrtcy. No. 10-05314-ESL<br>Chapter 13 |

## STANDING CHAPTER 13 TRUSTEE §341 MEETING MINUTES AND REPORT ON CONFIRMATION

DC Track No. 12/13

Petition Filing Date: Jun 16, 2010
Meeting Date: Dec 15, 2010
Days from petition date: 182
Meeting Time: 1:00 PM
910 Days before Petition: 12/19/2007
☐ Chapter 13 Plan Date: Sep 03, 2010 Dkt.# 13  ☐ Amended.
This is debtor(s) **1st** Bankruptcy petition.
Plan Base: $30,000.00
This is the ~~2nd~~ **4th** Scheduled Meeting
Confirmation Hearing Date: Jan 26, 2011    Time: 2:00 PM
Payment(s) ☐ Received or ☐ Evidence shown at meeting:
Ck/MO No. ___ Date ___ Amount ___
Total Paid In: $2,000.00

**I. Appearances:** ☐ Telephone ☐ Video Conference  ☑ Creditor(s) present: Sr. Felix  ☐ None.
☒ Debtor Present    ☑ ID & Soc. OK    ☐ Debtor Absent
☐ Joint Debtor Present  ☐ ID & Soc. OK   ☐ Joint Debtor Absent
Debtor(s) was/were ☑ Examined ☐ Not Examined under oath.
Attorney for Debtor(s) ☑ Present ☐ Not Present
☐ Substitute attorney: ___  ☐ Pro-se.

**II. Attorneys Fees as per R 2016(b) Statement**   Attorney of record: **JOSE PRIETO CARBALLO***
Total Agreed: $3,000.00   Paid Pre-Petition: $406.00   Outstanding: $2,594.00 THROUGH THE PLAN

**III.** Trustee's will file Motion to Dismiss: ☐ For Failure to appear; ☐ For Failure to commence payments.

**IV. Trustee's Report on Confirmation & Status of §341 Meeting**
Debtor(s) Income is (are) ☐ Under ☑ Above Median Income.   Liquidation Value: TBD
Commitment Period is ☐ 36 ☐ 60 months. [§1325(b)(1)(B)] Gen. Unsecured Pool: TBD
The Trustee ☐ RECOMMENDS ☐ OBJECTS  Plan confirmation.
§341 Meeting ☐ CONTINUED ☒ NOT HELD ☐ CLOSED ☐ HELD OPEN FOR ___ DAYS
§341 Meeting Rescheduled for: ___

**V. Trustee's OBJECTIONS to Confirmation:**
☐ FEASIBILITY [§1325(a)(6)]  ☐ INSUFFICIENTLY FUNDED  ☐ To pay §507  ☐ Fails Creditor's Best Interest Test §1325(A)(4)
☐ FAILS DISPOSABLE INCOME REQUIREMENTS  ☐ Tax returns requirements. [§1308] ___
☐ Failure to comply with DSO requirements  ☐ Plan not filed in Good Faith §1325(a)(3)  ☐ Unfair Discrimination §1322(a)(3)

**ADDITIONAL OBJECTIONS / COMMENTS:**
This case will be converted to a chapter 7. Mr. Felix understands that Debtor filed in bad faith because he was not included as a creditor.

/s/ José R. Carrión
Trustee           Presiding Officer           Page 1 of 1           Date: Dec 15, 2010