UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF PUERTO RICO

IN RE: \* CASE NUMBER: 10-05314-ESL13
\*
Luzaida Diaz Bermudez \*
\* CHAPTER
Debtor(s) \*

## MOTION SUBMITTING DOCUMENTS AND REQUEST FOR RECONSIDERATION

TO THE HONORABLE COURT:

Comes now creditor Charles Juhasz and Ana Rosa Rivera, through the undersigned counsel and very respectfully states and prays as follows:

1. That as of january 5, 2011, this Honorable Court denied with out prejudice the motion requesting surrender lease property and or cure rent.

Encloseed is the lease agreement, copy of the proof of claim and statement of rent owed.

Since the bankruptcy was filled debtor has not paid rent for the commercial property.

WHEREFORE the undersigning attorney hereby respectfully request that this Honorable Court grants the motion to surrender lease property.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, as of 10th day of january, 2011.

1

## CERTIFICATE OF MAILING

It is hereby certified that the undersigned has been served copy of the forgoing Motion to U.S. Trustee Jose Ramon Carrion Morales P O Box 9023884, San Juan PR 00902-3884 and Jose M Prieto Carballo, P O Box 363665, San Juan PR 00936-3565 to the addresses of record.

CARLOS E. ROSADO MUÑOZ
P.O. Box 191192
San Juan, P.R. 00919-1192
Tel. (787) 250-8855
rosadolaw@msn.com

CARLOS E. ROSADO MUÑOZ
USDC-PR 206806

G:\ROSADO\ana rosa

-----------------------------------CONTRATO DE ARRENDAMIENTO-----------------------------------

---En San Juan, Puerto Rico, a ---12---de noviembre de dos mil ocho (2008).-------------

-----------------------------------COMPARECEN-----------------------------------

---DE LA PRIMERA PARTE, COMO PARTE ARRENDADORA: DON CHARLES JUHA'SZ ALVARADO, mayor de edad, casado, propietario y vecino de San Juan, Puerto Rico, en lo sucesivo denominado "LA PARTE ARRENDADORA".----------

---DE LA SEGUNDA PARTE, COMO PARTE ARRENDATARIA: DOÑA LUZAIDA DIAZ BERMUDEZ, mayor de edad, casada, comerciante y vecina de San Juan, Puerto Rico, en lo sucesivo denominado "LA PARTE ARRENDATARIA.----------------------------

---Manifiestan los comparecientes que se encuentran en el pleno goce y disfrute de sus derechos civiles y teniendo la capacidad legal necesaria para este otorgamiento, libre y voluntariamente:-----------------------------------

-----------------------------------EXPONEN Y CONVIENEN-----------------------------------

---PRIMERO: Manifiesta el compareciente de la primera parte, que es dueño en pleno dominio de la siguiente propiedad:-----------------------------------

---Bien Inmueble sita en el Hipódromo 610, del Municipio de Santurce, San Juan, Puerto Rico.-----------------------------------

---SEGUNDO: Manifiestan los comparecientes que tienen convenido un contrato de arrendamiento en relación a la propiedad descrita en el hecho expositivo primero, cuyo contrato llevan a efecto bajo las siguientes:-----------------------------------

-----------------------------------CLAUSULAS Y CONDICIONES-----------------------------------

---UNA: Por el presente contrato de arrendamiento la parte arrendadora, cede en calidad de arrendamiento a favor de la parte arrendataria, quien acepta, la propiedad descrita en el inciso Primero de este contrato, en las condiciones en que se encuentra ("as is"), por el término de cinco (5) años, contados a partir del siete (7) de noviembre de dos mil ocho (2008) y vencedero el siete (7) de octubre de dos mil trece (2013).------

---DOS: LA PARTE ARRENDATARIA pagará un canon de arrendamiento mensual a LA PARTE ARRENDADORA, durante el primer (1er) año de TRES MIL CUATROCIENTOS DOLARES ($3,400.00), el segundo (2do) año) CUATRO MIL QUINIENTOS DOLARES ($4,500.00) y del tercer (3er) año hasta los cinco (5) años, CINCO MIL DOLARES ($5,000.00), pagaderos los diez (10) de cada mes natural, comenzando el primero de diciembre de dos mil ocho (2008) y así sucesivamente. LA PARTE ARRENDATARIA ha pagado a LA PARTE ARRENDADORA SEIS MIL OCHOCIENTOS DOLARES ($6,800.00) a la fecha de la firma de este Contrato, en concepto de fianza y un mes de arrendamiento, cuya suma LA PARTE ARRENDADORA retendrá en su poder durante todo el arrendamiento para garantizar el cumplimiento de las obligaciones que LA PARTE ARRENDATARIA asume en este contrato. LA PARTE ARRENDATARIA llevarán su pago mensual personalmente a LA PARTE ARRENDADORA, o donde éste designe. La mensualidad requerida en este arrendamiento a ser pagada por LA PARTE ARRENDATARIA se pagará en cheque personal o comercial, hasta el momento en que surja algún inconveniente con el cobro del mismo, por adelantado y en los primeros diez (10) días de vencer el pago, disponiéndose que de no recibirse el pago mensual en el periodo de los primeros diez

1

(10) días le aplicará una penalidad por mora de DOSCIENTOS CINCUENTA DOLARES ($250.00) por cada mes en atraso de la renta vigente a ese momento. A partir del momento en que surja algún inconveniente con el pago el mismo se efectuará mediante cheque certificado, giro bancario o postal.---------------------------------
---LA PARTE ARRENDADORA devolverá a la PARTE ARRENDATARIA la fianza que aquí deposita, sólo después que haya expirado este contrato y LA PARTE ARRENDADORA se haya cerciorado del cumplimiento por LA PARTE ARRENDATARIA de todas las obligaciones de éste, incluyendo el pago de todos los cánones vencidos y a su vez, luego de haber inspeccionado LA PARTE ARRENDADORA dicha propiedad y que la misma este en perfectas condiciones. En caso de que al momento de LA PARTE ARRENDADORA realizar la inspección de la propiedad y ésta estar en malas condiciones o tener algún daño, LA PARTE ARRENDADORA retendrá la fianza y si el monto de las reparaciones fueran más, a lo de dicha fianza, LA PARTE ARRENDATARIA se compromete y obliga a pagar la cantidad total por dichas reparaciones. En ningún momento se acreditará la fianza al pago de cánones de arrendamiento vencidos durante el transcurso de este contrato.----
---TRES: Todos los gastos por concepto de los servicios de energía eléctrica, teléfono, alarma, mantenimiento de aire(s) acondicionado(s), gas de ser el caso y cualquier otro servicio público, en la propiedad objeto de este contrato de arrendamiento, será por cuenta y cargo de LA PARTE ARRENDATARIA. LA PARTE ARRENDATARIA, instalará su propio contador de consumo de energía eléctrica y agua pagando la(s) fianza(s) correspondiente(s). De igual forma, será por cuenta de LA PARTE ARRENDATARIA, cualquier contribución, patente, licencia, permiso y todo gasto relacionado con la operación y uso del local, así como de equipo que utilice la PARTE ARRENDATARIA, en el local arrendado.--------------------------------------------------
---CUATRO: La propiedad objeto de este arrendamiento será dedicada única y exclusivamente como escuela para cuido de niños y la misma no podrá ser subarrendada por la parte arrendataria a ninguna otra persona, ni ceder la misma sin el consentimiento previo de la parte arrendadora. A su vez, no podrá usar la propiedad para fines que no sean aquellos a que está destinada.------------------------------------
---CINCO: La parte arrendataria se compromete y obliga a que en el momento que desee hacer alguna decoración en las paredes, ya sea colocar cuadros y/o algún tipo de adorno, usará los pegamentos y/o ganchos que se utilizan para ese tipo de decoración. No podrá hacer huecos en las paredes.----------------------------------
---SEIS: La parte arrendataria recibe la propiedad objeto de esta transacción en perfecto estado de conservación, habitabilidad, uso y limpieza y se compromete y obliga a devolverla en el mismo estado en que la recibe, salvo aquel desgaste motivado por el uso razonable de la misma para los fines objeto de este contrato y se obliga a llevar a cabo las reparaciones que sean necesarias para poner el local y cualquier equipo en condiciones para operar su negocio, todo ello de su cuenta y cargo. ------------
---SIETE: LA PARTE ARRENDATARIA no podrá hacer ningún tipo de ampliaciones, alteraciones estructurales, mejoras, cambio sustancial o reforma de clase alguna en la propiedad antes descrita sin el previo consentimiento de LA PARTE ARRENDADORA.

2

Cualquier mejora que sea autorizada por LA PARTE ARRENDADORA y por escrito y realizada por LA PARTE ARRENDATARIA, quedará a beneficio de los dueños de la propiedad a la terminación del presente contrato, sin que éstos vengan obligados a pagar estipendio o cantidad alguna o hacerse responsable por deudas de LA PARTE ARRENDATARIA, por causa de dichas mejoras. LA PARTE ARRENDATARIA, no podrá reclamar derecho alguno por concepto de las mejoras.----------------------------------

---OCHO: LA PARTE ARRENDATARIA, se compromete a mantener el inmueble objeto del presente contrato de arrendamiento y sus alrededores y accesos en condiciones satisfactorias de limpieza y libre de obstrucciones, considerándose obstrucción entre otras, el depósito de cajas u otros objetos en aceras o alrededores del local.---------------

---NUEVE: LA PARTE ARRENDATARIA, no podrá subarrendar ni ceder, ni en todo ni en parte, el local objeto de este contrato, ni ceder en todo o en parte este contrato.--------

---DIEZ: La conservación en buenas condiciones de las instalaciones eléctricas, plomería y otros análogos y similares contador o metro, así como dentro de la propiedad objeto del arrendamiento, e incluyendo todo tipo de desagues y hasta la concesión con el alcantarillado, será por cuenta de LA PARTE ARRENDATARIA y se compromete así mismo devolverlos al vencimiento del presente contrato de arrendamiento.----------------------------------------------------------------------------------------

---ONCE: La pintura interior, exterior, y decoración de la propiedad objeto de este contrato, a los fines de hacer más atractiva y vistosa la misma, así como la instalación y conservación de puertas, plafones, cristales y cerraduras, serán por cuenta de LA PARTE ARRENDATARIA, la pintura exterior será uniforme en todo el edificio y se mantendrá el color que tiene al presente.----------------------------------------------------------

---DOCE: LA PARTE ARRENDATARIA queda facultado para instalar en el local objeto de este contrato de arrendamiento todos aquellos enseres y equipos necesarios para la operación de su negocio, pero dicha instalación se hará de tal forma y manera que al ser removida la misma no cause daños y perjuicios al local, entendiéndose que en dicho caso, LA PARTE ARRENDADORA podrá optar por que los aparatos o enseres así instalados se queden dentro del local y pasen a ser propiedad de LA PARTE ARRENDADORA, o que LA PARTE ARRENDATARIA satisfaga el costo y gasto de la reparación de los daños así causados o que por su cuenta y a satisfacción de LA PARTE ARRENDADORA proceda a reparar los mismos.----------------------------------------

---TRECE: Sólo se permitirá la fijación de rótulos, letreros o anuncios en las vidrinas o fachada de dicho local y en los lugares ya provistos para ese propósito, si alguno, y que cumpla con las Reglas y Reglamentos de la Administración de Reglamentos y Permisos (ARPE).------------------------------------------------------------------------------------------

---CATORCE: LA PARTE ARRENDATARIA se compromete y obliga a no operar, ni permitir que se operen en el inmueble objeto del presente contrato de arrendamiento, ningún aparato capaz de producir sonidos en forma estrepitosa, o de manera que pueda ocasionar molestias a los inquilinos o propietarios de residencias y locales contiguos o cercanos o a parroquianos.--------------------------------------------------------------

---QUINCE: LA PARTE ARRENDADORA no será responsable de cualquier daño y perjuicio alguno que sufra o pueda sufrir alguna persona en la propiedad arrendada por

3

causa del incumplimiento por LA PARTE ARRENDATARIA, es su obligación mantener dicha propiedad en perfecto estado de uso, utilización, conservación y limpieza. Tampoco responderá la parte arrendadora por daños de cualquier índole que sufran o puedan sufrir los familiares, (hijo(s), padres, hermanos etc., amigos, clientes o invitados de la parte arrendataria en dicha propiedad y/o en los alrededores de la misma. LA PARTE ARRENDATARIA asumirá todos los riesgos y consecuencias en tales situaciones, expresamente relevando a LA PARTE ARRENDADORA de esta responsabilidad y comprometiéndose a satisfacer en su totalidad cualesquiera daños y perjuicios que por este motivo fueren ocasionados a cualquier persona o a la propiedad de éste, ya se adjudiquen los mismos mediante sentencia, o ya los mimos se convengan mediante acuerdo transaccional y extrajudicial, y en caso de que por cualquier motivo LA PARTE ARRENDADORA viniera obligado a pagar cualquier cantidad de daños por los conceptos y motivos enumerados se conviene que LA PARTE ARRENDADORA tendrá derecho y causa de acción contra LA PARTE ARRENDATARIA para recobrar lo así pagado, más costas, gastos y honorarios de abogados.----------

---**DIECISEIS**: LA PARTE ARRENDATARIA", mantendrá una Póliza de Seguro sobre Responsabilidad Pública durante la vigencia de este contrato, por su cuenta, y costo, que cubrirá por lo menos CIEN MIL DOLARES ($100,000.00) por persona y TRESCIENTOS MIL DOLARES ($300,000.00) por accidente en responsabilidad por daños y hasta una cubierta de CINCUENTA MIL DOLARES ($50,000.00) por reclamante y CIEN MIL DOLARES ($100,000.00) por personas que no sea "LA PARTE ARRENDADORA" ni "LA PARTE ARRENDATARIA", para garantizar su responsabilidad en caso de reclamación judicial o extrajudicial que surgiere o pudiera surgir como consecuencia de cualquier acto u omisión en la propiedad. Queda expresamente convenido que "LA PARTE ARRENDADORA", no será en ningún caso, responsable por los daños y perjuicios que puedan sufrir dentro de la propiedad aquí arrendada como consecuencia directa o indirecta de "LA PARTE ARRENDATARIA", su familia, invitados, amigos, clientes, sus agentes y/o empleados cuyos daños y perjuicios los asume "LA PARTE ARRENDATARIA", relevando de los mismos a "LA PARTE ARRENDADORA", en caso de reclamaciones de terceras personas por tales daños con "LA PARTE ARRENDADORA", "LA PARTE ARRENDATARIA, vendrá obligado a indemnizar a "LA PARTE ARRENDADORA", por cualquier pérdida que pudiere sufrir como resultado de tales reclamaciones y de los honorarios de Abogado y costas en que incurra, para defenderse de tales reclamaciones. Asimismo "LA PARTE ARRENDATARIA" mantendrá los seguros necesarios sobre fuego y vandalismo que cubrán cualquier incendio que surgiere como consecuencia de la operación del negocio que opere dicha parte y de daños causados por vandalismo a dicha propiedad y expresamente relevan a la parte Arrendadora de cualquier responsabilidad legal que surgiere por tal evento. De igual manera "LA PARTE ARRENDATARIA" se compromete y obliga a asegurar por su cuenta y para beneficio de "LA PARTE ARRENDADORA" durante todo el término de este contrato, los cristales de dicho local comercial y donde dicho seguro incluya rotura de los mismos por cualquier causa o

4

agente. Dichos seguros serán endosados a favor de "LA PARTE ARRENDADORA" y gestionados con una compañía de seguros reconocida, ya autorizada por la Oficina del Comisionado de Seguro del Estado Libre Asociado de Puerto Rico y deberá entregar copia a "LA PARTE ARRENDADORA", en un término no mayor de treinta (30) días contados a partir del otorgamiento de este contrato.-------------------------------------------

---DIECISIETE: En cuanto al estacionamiento, "LA PARTE ARRENDATARIA", sus empleados y clientes les corresponde el uso, para estacionar sus vehículos en los espacios para estacionamiento ubicados en los alrededores del local. "LA PARTE ARRENDADORA" y éste no tiene obligación alguna y así lo reconoce "LA PARTE ARRENDATARIA", de remover vehículos de terceras personas que ocupen los espacios antes relacionado.-----------------------------------

---DIECIOCHO: En la eventualidad de que "LA PARTE ARRENDATARIA" abandone el local objeto de este contrato antes de vencido, el término por el cual ha sido suscrito, "LA PARTE ARRENDATARIA" será responsable por el pago del canon mensual de arrendamiento hasta que el local sea nuevamente arrendado u ocurra el vencimiento del término del arrendamiento, cual de los dos eventos ocurra primero.---------------------------------------------------------

---DIECINUEVE: Si "LA PARTE ARRENDATARIA" incumpliera en cuanto a cualquier plazo de canon de arrendamiento y tal incumplimiento continuase por un período de diez (10) días después de la notificación de falta de pago, o si "LA PARTE ARRENDATARIA" violare u omitiere cumplir cualquiera de los términos, pactos o condiciones de este arrendamiento o de cualquier anejo o enmienda al mismo y tal violación o incumplimiento continuase por un período de diez (10) días o más, "LA PARTE ARRENDADORA" podrá dar por terminado el contrato y retener la fianza como penalidad sin que se entienda que este fuere una limitación de los remedios que pudiera tener LA PARTE ARRENDADORA por los daños y perjuicios que dicho incumplimiento le ocasionare.------------------------

---VEINTE: LA PARTE ARRENDATARIA deberá notificarle A LA PARTE ARRENDADORA por escrito y por lo menos con dos (2) meses de anticipación a la terminación regular del mismo. Dicha renovación no execederá un período de un (1) año y para que LA PARTE ARRENDATARIA pueda solicitar dicha renovación debe haber cumplido fielmente con todas sus obligaciones bajo el contrato de arrendamiento. Todas las claúsulas podrán ser mantenidas iguales.-

---VEINTIUNO: El incumplimiento de cualesquiera de las claúsulas de este contrato, en el caso de quiebra y de ocurrir una componenda de "LA PARTE ARRENDATARIA" con sus acreedores, queda convenido entre las partes que este contrato quedará " ipso facto" vencido, quedando " EL ARRENDADOR" facultado para exigir el inmediato desalojo del local a su discreción, siendo responsable "LA PARTE ARRENDATARIA" por cualesquiera costas, gastos u honorarios legales en que "LA PARTE ARRENDADORA" incurra para hacer

5

desalojar el local. Para el caso de reclamación judicial a estos efectos o para el cobro de mensualidades vencidas y no pagadas se estipula desde ahora la suma de DOS MIL DOLARES ($2,000.00), suma ésta que se considerará líquida y exigible con la sola presentación de la demanda. Una notificación escrita por correo certificado con acuse de recibo, bastará para el "LA PARTE ARRENDADORA", dé por terminado el contrato en caso de incumplimiento. La tolerancia por parte de "LA PARTE ARRENDADORA" de una o más violaciones al contrato por "LA PARTE ARRENDATARIA" no constituirá renuncia de los derechos de "LA PARTE ARRENDADORA" bajo este contrato.------------------------

----VEINTIDOS: Este contrato obliga a los herederos, cesionarios, sucesores y/o causahabientes de cada una de las partes comparecientes.----------------------------

-----Manifiestan ahora los comparecientes que los términos antes transcurridos representan fiel y verdaderamente el contrato convenido entre las partes sin que "LA PARTE ARRENDADORA" haya asumido ni por escrito, ni oralmente, otras obligaciones que las que en este contrato se consignan.--------------------------------

---Y SIENDO TAL el contrato de arrendamiento convenido entre las partes, lo firman en la fecha y lugar antes indicados.----------------------------------------------------------

-------------------------------------------ACEPTACION---------------------------------------------

---Tal es el contrato que aceptan las comparecientes y el cual suscriben y ratifican por encontrarlo redactado conforme a sus instrucciones y deseos, procediendo yo, el Notario, a hacerles las advertencias legales pertinentes.-------------------------------------

---Y para que así conste, firmamos el presente y estampamos nuestras iniciales en cada uno de los folios en señal de aprobación, hoy 12 de noviembre de dos mil ocho (2008), en Vega Baja, Puerto Rico.----------- -----------------------------------------------

_____  _____
CHARLES JUHA'SZ ALVARADO          LUZAIDA DIAZ BERMUDEZ

AFFIDAVIT NUMERO: 2,200

Jurada y suscrito ante mí por CHARLES JUHA'SZ ALVARADO Y LUZAIDA DIAZ BERMUDEZ, de las circunstancias personales antes expuestas y a quienes conozco personalmente en San Juan, Puerto Rico, hoy 12 de noviembre de 2008.

LCDO. ROLANDO RIVERA GUEVAREZ
NOTARIO PUBLICO

6

B 10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT — District of Puerto Rico | PROOF OF CLAIM |
|---|---|

Name of Debtor: Luzaida Díaz Bermúdez
Case Number: 10-05314-ESL13

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Charles Juhasz Alvarado

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
Charles Juhasz c/o Ana Rosa Rivera
#154 Fortaleza street, 2nd floor
San Juan, P.R. 00901

Court Claim Number: _____
(If known)

Telephone number: (787) 565-9877

Filed on: _____

Name and address where payment should be sent (if different from above):
the same

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

Telephone number:

☐ Check this box if you are the debtor or trustee in this case.

1. Amount of Claim as of Date Case Filed: $ 19,050.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. Basis for Claim: lease Contract real state property, Hipódromo
(See instruction #2 on reverse side.)

3. Last four digits of any number by which creditor identifies debtor: 0648 55

3a. Debtor may have scheduled account as: 1330 (Bank account)
(See instruction #3a on reverse side.)

4. Secured Claim (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe:
Value of Property: $_____ Annual Interest Rate _____%
Amount of arrearage and other charges as of time case filed included in secured claim,
if any: $_____ Basis for perfection: _____
Amount of Secured Claim: $_____ Amount Unsecured: $_____

5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☒ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

Amount entitled to priority:
$ 19,050.00

6. Credits: The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. Documents: Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

Enclosed ① Lease Contract
② letter for request pay
③ sumary of payments.

If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

FOR COURT USE ONLY

Date: 13/Sept/10

Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

Charles Juhász-Alvarado (arrendador / landlord-CREDITOR)
154 Fortaleza, 2ndo piso
San Juan, Puerto Rico 00901

Deuda de arrendamiento: Sra. Luzaida Díaz Bermúdez (arrendataria / tenant-DEBTOR) 10-05314-ESL 13

| | Hipodromo 610<br>Santurce, Puerto Rico | | Balance pendiente |
|---|---|---|---|
| 2009 | cargo por atraso de octubre | +250.00 | |
| | cargo por atraso de noviembre | +250.00 | |
| | cargo por atraso de diciembre | +250.00 | |
| | balance pendiente mes de diciembre | 3,400.00 | 4,150.00 |
| ENERO 1 / 2010 | canon del mes de enero | +4,500.00 | 8,650.00 |
| enero 10 | cargo por atraso de enero | +250.00 | 8,900.00 |
| enero 16 | pago parcial | -3,400.00 | 5,500.00 |
| FEBRERO 1 / 2010 | canon del mes de febrero | +4,500.00 | 10,000.00 |
| febrero 10 | cargo por atraso de febrero | +250.00 | 10,250.00 |
| febrero 12 | Pago parcial | -3,400.00 | 6,850.00 |
| MARZO 1 / 2010 | canon del mes de marzo | +4,500.00 | 11,350.00 |
| marzo 10 | cargo por atraso de marzo | +250.00 | 11,600.00 |
| marzo 31 | Pago parcial | -3,400.00 | 8,200.00 |
| ABRIL 1 / 2010 | canon del mes de abril | +4,500.00 | 12,700.00 |
| abril 10 | cargo por atraso de abril | +250.00 | 12,950.00 |
| MAYO 1 / 2010 | canon del mes de mayo | +4,500.00 | 17,450.00 |
| mayo 10 | cargo por atraso de mayo | +250.00 | 17,700.00 |
| mayo 19 | Pago parcial | -2,600.00 | 15,100.00 |
| JUNIO 1 / 2010 | canon del mes de junio | +4,500.00 | 19,600.00 |
| junio 3 | pago parcial | -800.00 | 18,800.00 |
| junio 10 | cargo por atraso de junio | +250.00 | 19,050.00 |
| junio 25 | Pago parcial | -3,400.00 | 15,650.00 |
| JULIO 1 / 2010 | canon del mes de julio | +4,500.00 | 20,150.00 |
| julio 10 | cargo por atraso de julio | +250.00 | 20,400.00 |
| julio 12 | Cheque devuelto sin fondos | +3,400.00 | 23,800.00 |
| AGOSTO 1 / 2010 | canon del mes de agosto | +4,500.00 | 28,300.00 |
| agosto 5 | pago parcial para sustituir cheque devuelto | -3,400.00 | 24,900.00 |
| agosto 10 | cargo por atraso de agosto | +250.00 | 25,150.00 |
| SEPTIEMBRE 1 / 2010 | canon del mes de septiembre | +4,500.00 | 29,650.00 |
| septiembre 9 | Pago parcial | -2,000.00 | 27,650.00 |
| septiembre 10 | cargo por atraso de septiembre | +250.00 | 27,900.00 |
| | BALANCE A LA FECHA DE 23 DE SEPTIEMBRE de 2010 | | 27,900.00 |

balance del 16 de junio de 2010